KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 731-8811

Attorney for Defendant
Brenda Murphy                                        **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-270 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RESETTING** |
| v. | ) | **BRIEFING SCHEDULE AND HEARING** |
| | ) | **DATE** |
| | ) | |
| CHARLES DOSSMAN, et al., | ) | |
| | ) | Date:  May 11, 2006 |
| Defendants. | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. David F. Levi |

The defendants: Charles Dossman, by and through counsel Jeffery

Staniels; Rudolph Gibson, by and through counsel Kevin Clymo; and

Brenda Murphy, by and through counsel Krista Hart, along with the

plaintiff United States by and through counsel Assistant U.S. Attorney

Matt Segal, hereby stipulate and agree that the briefing schedule

currently set be reset as follows:

//

//

1

1    Motions and briefs due:   March 30, 2006

2    Opposition briefs due:   April 20, 2006

3    Reply briefs due:        May 4, 2006

4    Hearing date:            May 11, 2006 at 10:00 a.m.[1]

5    It is further stipulated and agreed between the parties that the

6    period of time from March 9, 2006, and March 30, 2006, should be

7    excluded in computing the time within which the trial of the above

8    criminal prosecution must commence for purposes of the Speedy Trial

9    Act.  All parties stipulate and agree that this is an appropriate

10   exclusion of time within the meaning of Title 18, United States Code,

11   sections 3161(h)(8)(B)(iv) (Local Code T4).

12   Defense counsel Krista Hart has been in trial in California

13   Superior Court for the County of Sacramento, in Department 12, case

14   number 05F01388, People v. Bomer and Ceasar.  The trial began February

15   22, 2006, and is expected to conclude on or about March 23, 2006.

16   Counsel has not had time to prepare motions.

17   Defense counsel Jeffrey Staniels and Kevin Clymo have been working

18   on motions, but need additional time to conduct investigation, legal

19   research and prepare the motions.

20

21                          Respectfully submitted,

22

23   DATED: March 9, 2006              /s/ Krista Hart
                                       Attorney for Brenda Murphy
24

25

26   [1] All parties understand that Jeffrey Staniels has a jury trial
     set for May 9, 2006, which may will be continued.  In the event that
     the jury trial is not continued, all parties agree to reset the hearing
27   date to accommodate the jury trial.

28                                  2

1

2    DATED: March 9, 2006                    */s/ Jeffrey Staniels*
                                            Attorney for Charles Dossman
3                                            (Signed by Krista Hart per
                                            telephone conversation and e-mail)
4

5

6    DATED: March 9, 2006                    */s/ Kevin Clymo*
                                            Attorney for Rudolph Gibson
7                                            (Signed by Krista Hart per
                                            telephone conversation and e-mail)
8

9

10   DATED: March 9, 2006                   McGREGOR SCOTT
                                            United States Attorney
11

12                                           */s/ Matt Segal*
                                            Assistant U.S. Attorney
13                                           (Signed by Krista Hart per
                                            telephone conversation and e-mail)
14

15

16
                                    **O R D E R**
17

18   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

19

20   DATED: 3/9/2006

21

22

23   _____
     DAVID F. LEVI
24   United States District Judge

25

26

27

28                                    3