```
DANIEL J. BRODERICK  Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814                    OK/HAV
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES DOSSMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0270  DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING DATE FOR SENTENCING |
| ) | |
| CHARLES DOSSMAN, ) | |
| ) | Date:  March 8, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Segal, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, CHARLES DOSSMAN, that the sentencing proceeding scheduled for March 8, 2007, be vacated and be recalendared for March 22, 2007, at 10:00 a.m.  This continuance is jointly sought to permit submission and approval or modification of an order denying defendant's motion to suppress (this is necessary in that Mr. Dossman entered a conditional plea preserving his right to appeal from the denial of that motion), and to permit final consultation between Mr. Dossman and counsel with respect to sentencing.

**IT IS SO STIPULATED.**

DATED: March 7, 2007                               /S/ Matthew Segal
                                                   Matthew Segal
                                                   Assistant United States Attorney
                                                   Counsel for Plaintiff

| | |
|---|---|
| DATED:  March 7, 2007 | /S/ Jeffrey L. Staniels<br>Jeffrey L. Staniels<br>Assistant Federal Defender<br>Attorney for Defendant |

## **O R D E R**

The above scheduling stipulation of the parties is accepted.  Sentencing in the above case is re-calendared for March 22, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

By the Court,

| | |
|---|---|
| Dated:  March  9, 2007 | /s/ David F. Levi<br>Hon. David F. Levi<br>Chief United States District Judge |